Per Curiam.
 

 *8
 
 [¶ 1] Adel Abdirahman Hussein appeals the district court's criminal judgment entered on a jury's verdict finding him guilty of simple assault on a peace officer. Hussein challenges the sufficiency of the evidence for the jury's verdict, arguing the State did not present evidence that the peace officer was "impaired of physical condition." Viewing the evidence in the light most favorable to the verdict, we conclude the evidence reasonably tends to prove guilt and fairly supports the conviction. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (7).
 
 State v. Hannah
 
 ,
 
 2016 ND 11
 
 , ¶ 9,
 
 873 N.W.2d 668
 
 (concluding pain is a qualifying, but not necessary, circumstance of bodily impairment under N.D.C.C. § 12.1-01-04(4) ).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte
 

 Jon J. Jensen